UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23-cv-10882-JLS-JC                                                    Date: January 25, 2024
Title:  Armen Ovoyan v. Integron Preferred Insurance Company

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER RE UNTIMELY REMOVAL**

     On September 18, 2023, Plaintiff filed the instant action in California Superior Court. (*See* Compl., Ex. 1 to Notice of Removal ("NOR"), Doc. 1.)  Defendant Integron Preferred Insurance Company was served with a copy of the Summons and the Complaint on November 19, 2023. (NOR ¶ 1, Doc. 1.)  On December 29, 2023, Integron filed its Notice of Removal in this Court on the basis of diversity jurisdiction, asserting that the parties are diverse and that the allegations in the Complaint place the amount in controversy in excess of $75,000. (*Id.* ¶ 3.)  Integron's removal was untimely; 28 U.S.C. § 1446(b)(1) requires that notice of removal be filed within 30 days of service of the complaint.  Because untimely removal is a procedural, not a jurisdictional, defect, no later than January 29, 2024, Plaintiff shall file either a notice of waiver of the defect or a motion to remand. *See* 28 U.S.C. § 1446(b), 1447(c).

Initials of Deputy Clerk: gga